UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-cv-62003

THOMAS GRANINO,

    Plaintiff,

v.

EOS CCA
    Defendant.
_____/

## ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

COMES NOW, Defendant, and responds to Plaintiff's Complaint as follows:

1. Defendant admits that Plaintiff's Complaint seeks damages under the FDCPA and FCCPA, but Defendant avers that Plaintiff is entitled to no relief thereunder.

2. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

3. Denied.

4. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

5. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

6. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

7. Admitted.

8. Admitted.

9. Admitted that Defendant is sometimes considered a "debt collector" as defined by the FDCPA.

10. Denied.

11. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

12. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

13. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

14. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Admitted that Plaintiff requests a trial by jury.

20. Defendant incorporates its responses to Paragraphs 1 through 19.

21. Denied.

22. Denied.

23. Defendant incorporates its responses to Paragraphs 1 through 19.

24. Admitted that the FDCPA speaks for itself, as to all other allegations contained herein, denied.

25. Admitted that the Gramm Leech Bailey Act speaks to itself, as to all other allegations contained herein, denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant asserts that Plaintiff lacks standing to pursue claims under the FDCPA and FCCPA.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## FIFTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's common law claim for invasion of privacy is pre-empted by the Fair Debt Collection Practices Act, 15 U.S.C. 1692a, *et seq.*

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues.

WHEREFORE, Defendant prays for judgment in its favor dismissing Plaintiff's Complaint.

                                          Respectfully submitted by:

                                          _____/s/ Dale T. Golden____
                                          **GOLDEN & SCAZ, PLLC**
                                          Dale T. Golden, Esquire
                                          FBN:  0094080

                                           /s/ Charles J. McHale
                                          Charles J. McHale, Esquire
                                          Florida Bar No. 0026555

                                          201 North Armenia Avenue
                                          Tampa, FL 33609
                                          Phone:  813-251-5500
                                          Fax:  813-251-3675
                                          Email: dale.golden@goldenscaz.com
                                          Email:  cmchale@goldenscaz.com
                                          Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          /s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE
Florida Bar No. 0094080

 /s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555